IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Nicholas Boan,<br><br>Plaintiff,<br><br>v.<br><br>Columbia Regional Care Center/Recovery Solutions, Erin Gaffney, Michael Otruba,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 9:26-cv-876-BHH<br><br>**ORDER** |

This matter is before the Court upon Plaintiff Nicholas Boan's ("Plaintiff" or "Boan") *pro se* complaint filed pursuant to 42 U.S.C. § 1983 against Defendants Columbia Regional Care Center/Recovery Solutions, Erin Gaffney, and Michael Otruba ("Defendants"). (ECF No. 1.) Plaintiff subsequently moved for default judgment twice, claiming Defendants failed to respond to his complaint. (*See* ECF Nos. 15, 18.)

On August 11, 2026, United States Magistrate Judge Molly H. Cherry issued a Report and Recommendation ("Report) in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., recommending that this Court deny Plaintiff's motions. (ECF No. 23 at 2.) Attached to the Report was a notice advising the parties of the requirements for filing objections to the Report. (*Id*. at 3.) To date, no objections have been filed. Plaintiff did file two letters; however, even liberally construed, his letters do not object to the Report. Accordingly, the Court does not construe them as objections. (ECF Nos. 25, 28.)

The magistrate judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record in accordance with the above standard, the Court finds no clear error and hereby **adopts and specifically incorporates** the Report. (**ECF No. 23.**) Accordingly, the Court **denies** Plaintiff's motions for default judgment. (**ECF Nos. 15, 18.**)

Lastly, the Court notes that Plaintiff has filed several letters inquiring about the status of his case and addressing the filing fee and service of process. (*See* ECF Nos. 25, 28.) Plaintiff is advised that the filing fee has been paid; service of process has been authorized; and summonses have been issued. (*See* ECF Nos. 26, 29, 31.) This matter remains referred to the Magistrate Judge, and Plaintiff will receive notice of further deadlines and filings as the case proceeds.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

October 15, 2026
Charleston, South Carolina